IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                    CASE NO.  4:07cr00049-04 JM

KEITH EUGENE HILL

AMENDED JUDGMENT

On October 31, 2013, the defendant appeared for a hearing on the motion to revoke supervised release. Following testimony, the Court found the defendant violated his conditions of supervised release.

The defendant was sentenced to 16 months imprisonment followed by 2 years supervised release.

The Judgment entered November 1, 2013 (DE #403) is amended to include special conditions of supervised release.

The defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

The defendant shall participate in mental health counseling under the guidance and supervision of the U. S. Probation office.

All other conditions previously imposed remain in effect.

The Clerk is requested to provide a copy of this order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED THIS 28th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE